# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANCESPORT VIDEOS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN L. QUIGLEY, et al., <br><br> Defendants. | 2:09-CV-954 JCM (PAL) |

### ORDER

Presently before the court is the case of *Dancesport Videos, LLC et al. v. Quigley et al.,* (2:09-cv-00954-JCM-PAL).

On April 18, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiffs that, if no action was taken in this case within thirty (30) days, the court would dismiss the suit for want of prosecution. (Doc. #16). To date, plaintiffs have taken no further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Dancesport Videos, LLC et al. v. Quigley et al.,* (2:09-cv-00954-JCM-PAL) be, and the same hereby is, DISMISSED WITHOUT PREJUDICE.

DATED May 26, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**